# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

DATE FILED: 11/13/2020

November 11, 2020

**MOTION TO ADJOURN
AND FOR REFERENCE TO MEDIATION**

**VIA ECF**

Chambers of Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Francisco Ajcalon Samines v. Hourglass Holdings, Inc.
Case No.:  20 cv 5405 (JGK)

Dear Judge Koeltl,

*[Handwritten order:]*
1. The 11/16/20 conference is canceled.
2. The case is referred to the mediation panel and stayed.
3. The parties should report on the status of the case within 7 days after completion of mediation. So ordered.
   /s/ John G. Koeltl, U.S.D.J.
   11/12/20

We are counsel to the plaintiff. We write jointly with defendants, pursuant to the court's Individual Practices, Sec. I (A) and (E), to request reference of this case to the Southern District early mediation program for FLSA cases. We conferred with defense counsel and it is our experience that this type of case may benefit from the informal exchange of information (payroll records, etc.), and early settlement negotiations. We ask the court to consider allowing the parties approximately ninety (90) days to complete mediation.

There is an initial pretrial conference scheduled on November 16th which we ask the court to adjourn while the parties attempt settlement, and we ask the court to require the parties to file a status report upon completion of mediation. This is the parties' first request for an adjournment. No pending deadlines will be affected.

We thank you for your consideration of this matter.

Respectfully,

/s/ Peter Hans Cooper

Peter H. Cooper

cc:   Justin S. Weitzman, Esq. (Via ECF)