# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 7/13/2021

July 12, 2021

**STATUS REPORT**

**BY ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
Date: July 13, 2021

**Re:** **Ajcalon Samines v. Hourglass Holdings, Inc.**
**Case No.:** **20-cv-5405 (KHP)**

Dear Judge Parker,

We are counsel to the plaintiff in this action brought pursuant to the Fair Labor Standards Act and New York Labor Law. We conferred with defense counsel and write jointly with reference to the court's order for status report [Docket 28].

The parties are pleased to report that they reached a settlement in principle, and we are preparing the written settlement agreement and associated documents. The parties respectfully request that all scheduled deadlines be adjourned *sine die* and they be given one (1) month to submit the settlement agreement to the Court for review and approval.

We thank the court for its consideration of this case.

Respectfully submitted,

CILENTI & COOPER, PLLC

By: /s/ Peter Hans Cooper
_____
Peter H. Cooper

cc: Defense Counsel (E-mail and ECF)